JON M. SANDS
Federal Public Defender
District of Arizona
850 W. Adams, Suite 201
Phoenix, Arizona  85007
Telephone: 602-382-2700

JEANETTE E. ALVARADO, #016111
Asst. Federal Public Defender
Attorney for Defendant
jeanette_alvarado@fd.org

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Tadashi Mitchell Harvey,<br><br>　　　　　Defendant | Case No. CR18-00594-PHX-DGC<br><br>**SENTENCING MEMORANDUM** |

Defendant, Mr. Harvey, by and through counsel, submits this sentencing memorandum in support of the request that the Court accept the stipulations reached by the parties in the plea agreement and sentence Mr. Harvey to a period of incarceration of 252 months (21 years).  Further, Mr. Harvey requests that the Court impose no more than a 20-year period of supervised release.

Mr. Harvey has fully accepted responsibility for his crimes.  He has done so by admitting his unlawful conduct to agents, quickly resolving the matter by pleading guilty and entering pleas of guilty quickly to multiple counts of conduct.

A sentence of 21 years in custody (252 months) is an extremely lengthy sentence.  It is likely one of the longer sentences that this Court has had to impose.  Mr. Harvey has fully accepted the reasons why he has to serve such a lengthy sentence, as he completely recognizes the extent of the harm that he caused and is remorseful.

Due to his actions, Mr. Harvey realizes he has lost out on the opportunity to live his life, work in his chosen career, raise his children, enjoy a marriage partnership with his wife and spend time with his siblings, other family and friends. It is Mr. Harvey's hope that the victims will have a sense of justice upon learning of the lengthy 21-year sentence being imposed and that the victims receive any and all services required so they can move past his conduct.

Although the 21-year sentence is below the regularly calculated guidelines, counsel urges the Court to accept the plea and its stipulations as to ***not*** do so would put Mr. Harvey in a position where he is punished more severely than other similarly situated defendants who have received similar lengthy sentences. Every single possible enhancement has been applied to Mr. Harvey's guideline calculations [age of victim enhancement (+4 levels); custody/care enhancement (+ 2 levels); multiple count adjustment enhancement (+2 levels); and pattern of activity enhancement (+5 levels) for a total of 13 levels, correctly, although the defense would argue that all the enhancements result in a sentence that is too long and beyond what is sufficient to punish Mr. Harvey for his conduct, when put in balance against the other sentencing factors this Court has to consider: Mr. Harvey's personal characteristics, background and his individual deterrence needs.

These 13 levels as described above, increased Mr. Harvey's sentencing exposure by 18.5 to 23.2 additional years, from 70-87 months (Offense Level 27 - without the added 13 levels as described above) to 292-365 months (Offense Level 40 – with the added 13 levels described above). To get to a range where 292 months can be placed, this Court need only vary downward by two levels to Offense Level 38 (235 – 293 months). A sentence of 21 years is sufficient to take into account the offense characteristics, consider the defendant's history/characteristics, reflect the offense seriousness, promote respect for the law,

provide just punishment, afford general and individual deterrence, protect the public and provide Mr. Harvey with needed educational/vocation or other correctional treatment. *See* 18 U.S.C. 3553(a).

Mr. Harvey is a 30-year-old man, who will be in his early 50s when released from prison. He will be banned from re-entering his prior profession. His school age children will be full-grown adults by the time of his release. By all other measurements, Mr. Harvey was a caring family member and an individual highly thought of by others due to his positive nature and encouraging manner. The letters written under separate cover by Mr. Harvey's family members and friends shed a different light on Mr. Harvey and all of his family/friends were completely shocked by the news of his offense. Mr. Harvey has stated to agents and the probation office the background circumstances that he believes contributed to his actions in this case. He will be in custody more than long enough to go through either of the BOP programs for sex offenders and Mr. Harvey requests that the Court recommend he enter such a program so he can get the necessary treatment needed.

Further, a period of 20 years of supervised release will mean Mr. Harvey will be actively supervised until he is in his early 70s. With his lengthy 21-year sentence imposed, no more than a 20 year supervised release term need be imposed. Upon release, Mr. Harvey will be required to register as a sex offender pursuant to SORNA, which will even require him to obtain a special driver's license that will identify him as an individual subject to sex offender registration (Failure to get such a credential is a Class 6 felony offense). *See* [www.azdps.gov/services/public/offender](www.azdps.gov/services/public/offender). Further, community notifications will be sent out to alert nearby parties that he is residing in the neighborhood. Mr. Harvey's future movements will be fully monitored by his probation officer and SORNA registrations and notifications.

Therefore, for all the reasons stated above, Mr. Harvey respectfully urges the Court to accept the parties plea agreement and sentence him to a 21 year sentence with a 20-year period of supervised release to follow.

Respectfully submitted:  November 7, 2018.

JON M. SANDS
Federal Public Defender

 *s/Jeanette E. Alvarado*
JEANETTE E. ALVARADO
Asst. Federal Public Defender

Copy of the foregoing transmitted
by ECF for filing November 7, 2018, to:

CLERK'S OFFICE
United States District Court
Sandra Day O'Connor Courthouse
401 W. Washington
Phoenix, Arizona 85003

Christine Keller , Assistant U.S. Attorney
United States Attorney's Office
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408

Copy emailed to:

Todd Barrett
U.S. Probation Office

Copy held for:

Tadashi Harvey
Defendant